In the Matter of CHARLES H. PROFFEN against GEORGE P. NICHOLSON, etc. (re Closing Old Third Avenue, etc.) — Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THEOPHILUS J. HAWKER and Others v. FRANK J. TYLER and Others.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ANNIE ELEANOR LLOYD v. ORIN COTTRELL LLOYD.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MARION NELSON v. INECTO, INC., Impleaded, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHEMICAL NATIONAL BANK OF NEW YORK, as Executor, etc., v. SUSIE R. HILL and Others, and AMERICAN NATIONAL RED CROSS.— Motion denied with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JACOB LEVINE, as Administrator, etc., v. PAUL KOSSOFF.— Motion denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SCHAJA GOLDSTEIN v. JULIUS PEARLMAN.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

AMELIA ZIPSER v. PROSPECT SUPPLY CO., INC.— Motion granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of JACOB L. DIAMOND, an Attorney.— Reference ordered to Hon. Vernon M. Davis, official referee. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BIROS NEGRIN, Appellant, v. ANNA NEGRIN, Respondent.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MOE SEGAL, Respondent, v. CHARLES GOLD, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MATTHEW J. CULLIGAN, Respondent, v. SARAH CULLIGAN, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the ground that no cause of action is set forth in the complaint. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MATTHEW J. CULLIGAN, Respondent, v. SARAH CULLIGAN, Appellant.— Appeal dismissed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANK MARCHESE, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

GERTRUDE BECKER, Respondent, v. RUDOLPH C. BECKER, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

FRANK PERRIN, Respondent, v. METROPOLITAN NEWS COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.